# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT B. STERCZEK & ANNE M. STERCZEK  Case Number: 07-70153
5322 BRIARFIELD LANE  SSN-xxx-xx-4242 & xxx-xx-2866
LAKE IN THE HILLS, IL  60156

Case filed on: 1/23/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,550.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | WEBSTER & SCHELLI, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BLATT HASENMILLER LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FISHER & SHAPIRO, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FREEDMAN ANSELMO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | KEYFINSERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | GC SERVICES L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROBERT B. STERCZEK | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT B. STERCZEK | 0.00 | 0.00 | 920.67 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 920.67 | 0.00 |
| 001 | AMERICREDIT | 8,333.09 | 8,333.09 | 971.25 | 553.80 |
| 004 | BANK OF NEW YORK AS TRUSTEE | 9,234.08 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 17,567.17 | 8,333.09 | 971.25 | 553.80 |
| 002 | LVNV FUNDING LLC | 10,159.40 | 1,523.91 | 0.00 | 0.00 |
| 006 | BANK OF AMERICA NA | 10,752.84 | 1,612.93 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,637.28 | 245.59 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 11,866.08 | 1,779.91 | 0.00 | 0.00 |
| 010 | FIRST NATIONAL BANK OF MERENGO | 479.51 | 71.93 | 0.00 | 0.00 |
| 012 | PREMIER BANKCARD/CHARTER | 652.11 | 97.82 | 0.00 | 0.00 |
| 013 | GARY R. FAHRENBACH, M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MED 1 MCHENRY RAD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MED 102 MHS PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RESURRECTION MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RESURRECTION MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SEARS / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | WORLD FINANCIAL NETWORK NATIONAL BANK | 94.86 | 14.23 | 0.00 | 0.00 |
| 023 | WORLD FINANCIAL NETWORK NATIONAL BANK | 12.78 | 1.92 | 0.00 | 0.00 |
| 024 | BAKER MILLER MARKOFF & KRASNY LLC | 3,108.23 | 466.23 | 0.00 | 0.00 |
| 025 | NELSON RUIZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 38,763.09 | 5,814.47 | 0.00 | 0.00 |
|  | Grand Total: | 56,330.26 | 14,147.56 | 1,891.92 | 553.80 |

Total Paid Claimant:     $2,445.72
Trustee Allowance:       $104.28         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00            discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007         By  /s/Heather M. Fagan